**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                                Case No. 3:22-cv-487-TJC-MCR

MICHAEL RANDO, et al.

    Defendants.

---

**O R D E R**

This case is before the Court on Defendants' Expedited Unopposed Motion to Convert Preliminary Injunction Hearing into a Status, or Scheduling, Conference and Continue Certain Deadlines. (Doc. 16). The Court previously entered a Temporary Restraining Order with Asset Freeze, Immediate Access to Documents and Premises, and Appointment of a Receiver with Order to Show Cause Why the Court Should Not Issue a Preliminary Injunction. (Doc. 12). The Court also directed Defendants to respond by May 10, 2022 and set a preliminary injunction hearing on May 12, 2022. Id. Defendants have since been served and obtained counsel. (Docs. 14, 15, 17, 18). Upon review of Defendants' Motion, it is hereby

    **ORDERED:**

1. Defendants' Expedited Unopposed Motion to Convert Preliminary Injunction Hearing into a Status, or Scheduling, Conference and Continue Certain Deadlines (Doc. 16) is **GRANTED**.

2. The preliminary injunction hearing is **CONVERTED** to a status conference. The status conference will now take place by **TELEPHONE** on **May 12, 2022** at **5:00 PM**. The conference line will be activated at 4:50 PM so the hearing may start promptly at 5:00 PM. To participate in the call, the parties are directed to call the reserved conference line toll free at **1-888-684-8852**. The access code for all participants is **2594705** and the participant security code is **22487**.[1]

3. The Court will reset the briefing deadlines and schedule the preliminary injunction hearing at the status conference.

---

[1] **To reduce background audio interference, the parties should not use the speaker function during the call and are encouraged to use landlines if possible. Further, parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.**

**DONE AND ORDERED** in Jacksonville, Florida the 10th day of May, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record