## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.                                                  Case No. 3:22-cv-487-TJC-MCR

MICHAEL RANDO, et al.,

     Defendants.

---

### O R D E R

The parties came before the Court on May 12, 2022 for a status conference, the record of which is incorporated by reference. As announced on the record at the hearing, it is hereby

**ORDERED:**

1. The case is **SET** for a **HEARING** on Plaintiff's Motion for Preliminary Injunction (Doc. 4) on **June 17, 2022** at **2:00 PM** before the undersigned, in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1]

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02. The parties are also advised to consult the Court's current coronavirus protocols, which are posted on the Court's website, www.flmd.uscourts.gov.

2. Plaintiff may file any supplemental materials no later than **May 20, 2022**.

3. Defendants shall respond to the Motion for Preliminary Injunction (Doc. 4) no later than **June 1, 2022**.

4. The Receiver shall file her report no later than **June 13, 2022**.

5. The Temporary Restraining Order with Asset Freeze, Immediate Access to Documents and Premises (Doc. 12) is **EXTENDED** with respect to Defendants Michael Rando, Valerie Rando, Prosperity Training Technology, LLC, Digital Business Scaling LLC, First Coast Matchmakers, Inc., First Coast Matchmakers, LLC, and Financial Consulting Management Group LLC, by consent **until the Court issues an order on the preliminary injunction**. The Temporary Restraining Order with Asset Freeze, Immediate Access to Documents and Premises (Doc. 12) is **EXTENDED** with respect to Elite Customer Services, LLC and Resource Management Investments, LLC until **May 31, 2022** for good cause, as described at the hearing.

6. All other deadlines are stayed pending resolution of the Motion for Preliminary Injunction. (Doc. 4). The Court will set a deadline for Defendants to respond to the Complaint by further order.

7. Defendants' counsel is directed to send a copy of this Order to Defendants Elite Customer Services, LLC and Resource Management Investments, LLC.

**DONE AND ORDERED** in Jacksonville, Florida the 13th day of May, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record

3