UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                Case No.: 3:22-cv-487-TJC-MCR

MICHAEL RANDO, et al.

    Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that Jared J. Burns, of the law firm Abel Bean Law, P.A., enters his appearance on behalf of Defendants Elite Customer Services, LLC and Resource Management Investments, LLC. Copies of all pleadings, motions, correspondence, and other papers regarding the above captioned case are requested to be served on him.

DATED: May 19, 2022                       Respectfully Submitted,

                                                      **ABEL BEAN LAW, P.A.**

                                                      */s/Jared J. Burns*
                                                      Daniel K. Bean, Esq.
                                                      Florida Bar No. 15539
                                                      Email: *dbean@abelbeanlaw.com*
                                                      Jared J. Burns, Esq.
                                                      Florida Bar No. 1003415
                                                      Email: *jburns@abelbeanlaw.com*
                                                      100 N. Laura Street, Ste. 501
                                                      Jacksonville, FL 32202
                                                      Phone : 904-944-4100

*Counsel for Defendants,*
*Elite Customer Services, LLC*
*And Resource Management*
*Investments, LLC*

## CERTIFICATE OF SERVICE

I CERTIFY that on May 19, 2022, I electronically filed the foregoing document with the United States District Court for the Middle District of Florida by using the CM/ECF system which will send notification of such filing to all counsel for record.



*/s/Jared J. Burns*