# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                Case No. 3:22-cv-487-TJC-MCR

MICHAEL RANDO et al.,

    Defendants.

## O R D E R

At the May 12, 2022 status conference, Defendants indicated that Defendants Elite Customer Services, LLC and Resource Management Investments, LLC had not obtained counsel. Because these Defendants were unrepresented, the Court only extended its Temporary Restraining Order (Doc. 12) as to these Defendants to the extent it could under Federal Rule of Civil Procedure 65(b)(2)—until May 31, 2022 (Doc. 24). The remaining Defendants consented to the TRO being extended until the Court rules on the Motion for Preliminary Injunction. The Court notes that Elite and Resource Management are now represented. (Docs. 25, 26). Counsel for Elite and Resource Management are directed to notify the Court no later than **May 24, 2022**, whether they consent to extending the TRO until the Court rules on the Motion for Preliminary Injunction. If Elite and Resource Management consent to the

extension, they shall follow the same briefing schedule as the other Defendants as set out in the Court's May 13, 2022 Order. (Doc. 24).

**DONE AND ORDERED** in Jacksonville, Florida the 20th day of May, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record