UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                          Case No.: 3:22-cv-487-TJC-MCR

MICHAEL RANDO, et al.

    Defendants.

_____/

**CORPORATE DISCLOSURE STATEMENT BY
ELITE CUSTOMER SERVICES, LLC AND
<u>RESOURCE MANAGEMENT INVESTMENTS, LLC</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants Elite Customer Services, LLC and Resource Management Investments, LLC state as follows:

1. Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

    Elite Customer Services, LLC

    Resource Management Investments, LLC

    Deborah J. Rando

    John Rando

Richard P. Ortlip, Jr.

Abel Bean Law P.A.

    Daniel K. Bean
    Jared J. Burns

Valerie Rando

Michael Rando

Prosperity Training Technology LLC

Digital Business Scaling LLC

First Coast Matchmakers Inc.

First Coast Matchmakers LLC

Financial Consulting Management Group LLC

United States Federal Trade Commission

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

Not Applicable.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

Nothing additional to disclose.

4.     Each person arguably eligible for restitution:

The Complaint alleges that certain individuals may be eligible for restitution. Plaintiff and Receiver have lists of such individuals alleged to be eligible for restitution. Elite Customer Services, LLC and Resource Management Investments, LLC have not seen these lists.

### CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED: June 15, 2022                    Respectfully Submitted,

**ABEL BEAN LAW, P.A.**

*/s/Jared J. Burns*
Daniel K. Bean, Esq.
Florida Bar No. 15539
Email: *dbean@abelbeanlaw.com*
Jared J. Burns, Esq.
Florida Bar No. 1003415
Email: *jburns@abelbeanlaw.com*
100 N. Laura Street, Ste. 501
Jacksonville, FL 32202
Phone : 904-944-4100

***Counsel for Defendants,
Elite Customer Services, LLC
And Resource Management
Investments, LLC***

3

## **CERTIFICATE OF SERVICE**

I certify that on June 15, 2022, I electronically filed the foregoing document with the United States District Court for the Middle District of Florida by using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Jared J. Burns*