UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                                                          CASE NO. 3:22-cv-487-TJC-MCR

MICHAEL RANDO, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Relief from the Requirement that Representatives with Full Settlement Authority Attend the Settlement Conference ("Motion") (Doc. 64), which is unopposed (*id.* at 4).

The Motion requests that the Federal Trade Commission ("FTC") be relieved from the Court's requirement of having representatives with full settlement authority to personally attend the July 25, 2022 settlement conference. (*Id.* at 1.) The Motion explains in relevant part:

> FTC counsel have authority to recommend a settlement to the Associate Director of the Division of Enforcement for the FTC's Bureau of Consumer Protection. At least two of the undersigned counsel will appear in person at the settlement conference on behalf of the FTC with an understanding of what the Associate Director would recommend, consistent with the terms to be described in the forthcoming FTC's open and confidential memoranda. The Associate Director will also be available by telephone, as needed, during the conference.
> If agreement on a proposed settlement is reached,

> undersigned counsel would then forward the settlement recommendation to the FTC's Director of the Bureau of Consumer Protection, who generally must approve the recommendation before forwarding the proposed settlement to the full Commission.   Final authority to approve or reject a proposed settlement rests with the [five] Commissioners, who vote on the proposed settlement by majority vote.   This process often takes several weeks.   If a settlement is forwarded to the Commission for review and approval, the settling parties will jointly move the Court to stay the case as to the settling defendants at that time.

(*Id.* at 2-3 (paragraph numbering omitted).)

Upon consideration, it is **ORDERED**:

1.   The Motion (**Doc. 64**) is **GRANTED**.   The FTC is hereby relieved from the requirement of having representatives with full settlement authority to personally attend the July 25, 2022 settlement conference, with the understanding that FTC counsel will appear in person and the Associate Director of the Division of Enforcement for the FTC's Bureau of Consumer Protection will be available by telephone.

2.   To appear telephonically, a party must call the reserved conference line toll free at 1-888-684-8852.   The access code for all participants is 2408438.   The participants will then be prompted to enter the participant security code: 2510, followed by the # (pound) key.   The conference line will be activated at 9:50 a.m. so the settlement conference may start promptly at 10:00 a.m.   To reduce background audio interference, the person(s) attending by telephone should not use the speaker function

2

during the call and must put their phones on mute when not speaking. Additionally, each person must identify themselves when speaking. Person(s) granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions or any other sanction deemed necessary by the Court.

    **DONE AND ORDERED** at Jacksonville, Florida, on July 8, 2022.

_/s/ Monte C. R._

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record