### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.                                                                Case No. 3:22-cv-487-TJC-MCR

MICHAEL RANDO et al.,

     Defendants.

_____

## O R D E R

On July 28, 2022, Michael and Valerie Rando filed a Motion to Modify the Temporary Restraining Order and Asset Freeze to Release Funds for Defendants' Living Expenses. (Doc. 76). The FTC responded in opposition. (Doc. 79). Upon review of the filings, it is hereby

**ORDERED:**

1. Individual Defendants' Motion to Modify the Temporary Restraining Order and Asset Freeze to Release Funds for Defendants' Living Expenses (Doc. 76) is **GRANTED**.

2. The asset freeze is modified to permit the disbursement of $25,000.00 from Michael Rando's Fifth Third Account ending XXXXX1169 to Individual Defendants to pay their personal expenses during the pendency of the TRO. The $25,000.00 is no longer frozen and may be applied to living expenses incurred

on behalf of Individual Defendants. The disbursement of these funds is not a violation of the Court's Temporary Restraining Order and Asset Freeze. (Doc. 12).

3. The Court does not anticipate a further disbursement for personal expenses until after the hearing scheduled for September 21–22, 2022, absent a showing of extraordinary hardship.

**DONE AND ORDERED** in Jacksonville, Florida the 12th day of August, 2022.

Timothy J. Corrigan

TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record