# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                           Case No. 3:22-cv-487-TJC-MCR

MICHAEL RANDO, et al.,

    Defendants.

## O R D E R

    This case is before the Court on Receiver's Unopposed Motion to Approve Sale of Personal Property (Luxury Vehicle). (Doc. 108). The Receiver seeks the Court's approval to sell a 2016 Lamborghini Aventador LP770-4, VIN: ZHWUC1ZD3GLA04647, to Prestige Imports Lamborghini Miami for $295,000. The Receiver also requests that the Court waive the requirements of 28 U.S.C. § 2001, to the extent that § 2001 applies to this sale, under 28 U.S.C. § 2004. Specifically, the Receiver seeks to sell the Lamborghini without obtaining any appraisals or publishing a formal legal notice. The FTC and Defendants do not object to the relief sought in the Motion. Accordingly, it is hereby

    **ORDERED:**

    1. The Receiver's Unopposed Motion to Approve Sale of Personal Property (Luxury Vehicle) (Doc. 108) is **GRANTED**.

2. The Court authorizes the Receiver to proceed with the sale of the 2016 Lamborghini Aventador LP770-4 (VIN: ZHWUC1ZD3GLA04647) to Prestige Imports Lamborghini Miami for $295,000, without obtaining any appraisals or publishing a formal legal notice. The Court finds that this sale is commercially reasonable and in the best interest of the Receivership Estate.

3. Upon the completion of the sale, the Receiver shall satisfy the lien of VA Leasing on the vehicle and VA Leasing shall simultaneously execute and deliver the release of any lien to the Receiver.

4. The Florida Department of Motor Vehicles or applicable State of Florida vehicle regulatory agency shall issue title to the purchaser described in paragraph 2 above free and clear of any and all claims, liens, and encumbrances.

**DONE AND ORDERED** in Jacksonville, Florida the 9th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record