UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 3:22-cv-00487-TJC-MCR

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

MICHAEL RANDO, et al.,

Defendants.

## NOTICE AND CERTIFICATE OF COMPLIANCE

Pursuant to this Court's Order (Doc. 125) (the "Order") granting in part the Motion to Withdraw filed by Michael R. Freed, L.T. Lafferty, Nathan W. Hill, Jonathan K. Osborne, and Samantha V. Medina, and the Gunster law firm, the undersigned hereby certifies that a copy of the Order was served on the Individual Defendants Michael and Valerie Rando via email on April 7, 2023 and via US Mail on April 10, 2023.

Dated: April 10, 2023

**GUNSTER, YOAKLEY & STEWART, P.A.**

By: */s/ Nathan W. Hill*
Michael R. Freed
Florida Bar No. 069205
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
mfreed@gunster.com
L.T. Lafferty

1

Florida Bar No. 975575
401 East Jackson Street, Suite 2500
Tampa, FL 33602
ltlafferty@gunster.com
Nathan W. Hill
Florida Bar No. 91473
200 South Orange Ave, Suite 1400
Orlando, Florida 32801
nhill@gunster.com
Jonathan K. Osborne
Florida Bar No. 95693
josborne@gunster.com
Samantha V. Medina
Florida Bar No. 1030933
smedina@gunster.com
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone:  (954) 462-2000
Facsimile:  (954) 523-1722

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2023 a true and correct copy of the foregoing document was electronically filed with the United States District Court for the Middle District of Florida using the CM/ECF system which will send notification of such filing to all counsel of record. Copies were also sent to Michael and Valerie Rando via email at mikerando10x@gmail.com and valerierando10x@gmail.com and via US Mail at 698 Friargate Court, Jacksonville, Florida 32225.

By: */s/  Nathan W. Hill*