UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 3:22-cv-00487-TJC-MCR

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

MICHAEL RANDO, et al.,

Defendants.

## NOTICE

Pursuant to the Court's April 7th Order, we hereby notify the court that we are proceeding pro se.

Dated: April 26, 2023

_____
Michael Rando

_____
Valerie Rando